## UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

| | |
|---|---|
| *In re:* <br><br> **JOUNICE OHAMY RIVERA RAMIREZ** <br><br><br> *xxx–xx–1570* <br><br> Debtor(s) | Case No. 10–09320–BKT7 BKT <br><br> Chapter 7 <br><br><br><br> FILED & ENTERED ON <br> *11/12/10* |

### NOTICE

You are hereby notified that the Trustee appointed in this case has filed a Report of No Distribution.

You must file any objections you may have to said report in writing, within thirty (30) days from notice of this notice, and notify the objection to the U. S. Trustee, the Trustee and the Debtor(s).

Pursuant to Rule 5009 of the Federal Rules of Bankruptcy Procedure, if no timely objection is filed by any party in interest, the Court may enter an order discharging the Trustee, canceling his bond and closing the case pursuant to 11 U.S.C. Section 350(a).

San Juan, Puerto Rico, this ***November 12, 2010***

*/s/ CELESTINO MATTA–MENDEZ*
Clerk of the Court

cc: all creditors

By:
Deputy Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0104-3          User: romoj              Page 1 of 1              Date Rcvd: Nov 12, 2010
Case: 10-09320                Form ID: n5009           Total Noticed: 15
```

The following entities were noticed by first class mail on Nov 14, 2010.
```
db         +JOUNICE OHAMY RIVERA RAMIREZ,    VILLA DEL REY,    G9 DAMASCO STREET,    CAGUAS, PR 00727-6745
smg         DEPARTAMENTO DE HACIENDA,    PO BOX 9024140,    OFICINA 424-B,    SAN JUAN, PR  00902-4140
smg         FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR  00902-0192
smg         PR DEPARTMENT OF LABOR,    PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE,    12 FLOOR,
              SAN JUAN, PR  00918
smg        +US TRUSTEE,    EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1938
3081242     BANCO SANTANDER,    PO BOX 362589,    SAN JUAN, PR  00936-2589
3081243    +CITIFINANCIAL,    PO BOX 499,    HANOVER, MD 21076-0499
3081244    +COOP A/C ARECIBO,    BOX 1056,    ARECIBO, PR 00613-1056
3081245     Francisca Castro,    Caguas, PR   00725
3081246     LEONARD & ASSOCIATES PSC,    PO BOX 366220,    SAN JUAN, PR  00936-6220
3081248    +MARIBEL G RUBIO BELLO,    PO BOX 140373,    ARECIBO, PR 00614-0373
3081249     PR ACQUISITIONS,    OPERATING PARTNERS CO,    270 MUOZ RIVERA, 4TH FLOOR, 401,
              SAN JUAN, PR   00918
3081250    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court:  TOYOTA MOTOR CREDIT CORP,     PO BOX 2730,    TORRANCE, CA  90509-2730)

The following entities were noticed by electronic transmission on Nov 12, 2010.
3081247        +E-mail/Text: resurgentbknotifications@resurgent.com                          LVNV FUNDING LLC,
                CITIFINANCIAL,    PO BOX 740281,    Houston, TX 77274-0281
3081251         E-mail/PDF: gecsedi@recoverycorp.com Nov 12 2010 20:08:31      WALMART,    PO BOX 530927,
                ATLANTA, GA   30353-0927
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 14, 2010**               **Signature:**     *Joseph Speetjens*